## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**ATRIA HOLDINGS, S.A.,**

     **Plaintiff,**

**v.**                                                    **Case No: 5:23-cv-685-JSM-PRL**

**ATLANTIC FUNDING CAPITAL
CORP., et al.,**

     **Defendants.**

_____

### ORDER

Pending before the Court are Plaintiff's motions for entry of default against Defendants Maribel Ramirez (Doc. 229), Eddy Diaz (Doc. 230), and Carlos Lespin (Doc. 231). Pursuant to Federal Rule of Civil Procedure Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

First, with respect to Maribel Ramirez, she filed a motion to dismiss shortly after the instant motion for entry of default was filed. (Doc. 233). While not timely, she is clearly defending this action and, given the Court's preference to resolve matters on the merits, Plaintiff's motion for entry of default against Maribel Ramirez (Doc. 233) is due to be **denied**.

As to the other two Defendants—Eddy Diaz and Carlos Lespin—they both were properly served and appeared in this action. (Docs. 143, 144). While these Defendants filed responses to the Amended Complaint (Docs. 141, 142), they have failed to respond to the Third Amended Complaint that was subsequently filed on September 19, 2024. Notice of the filing of the Third Amended Complaint was sent to Diaz and Lespin in the normal course at

the addresses on record with the Court. In addition, Plaintiff has filed receipts showing that the Third Amended Complaint was served on both Defendants via FedEx on December 19, 2024. (Docs. 230-1, 230-2, 231-1, 231-2). To date, neither Diaz nor Lespin have filed a response to the Third Amended Complaint (or sought an extension of time to do so).

Accordingly, Plaintiff's motions for clerk's default as to both Defendants (Docs. 230 and 231) are **granted** and a clerk's default shall be entered against Defendant Eddy Diaz and Defendant Carlos Lespin.

**DONE** and **ORDERED** in Ocala, Florida on February 25, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties